UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ARTURO HERNANDEZ, | ) | NO. SA CV 20-391-GW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN McDOWELL, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 12, 2021.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE